FILED
CLERK, U.S. DISTRICT COURT

MAR 11 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )    Case No.: 5:13 cr 00093 DTB
                               )
                Plaintiff,     )    ORDER OF DETENTION PENDING
                               )    FURTHER REVOCATION
        v.                     )    PROCEEDINGS
                               )    (FED. R. CRIM. P. 32.1(a)(6); 18
Aaron Roldes,                  )    U.S.C. § 3143(a)(1))
                               )
                Defendant.     )
_____)

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

(X)    information in the Pretrial Services Report and Recommendation

(X)    information in the violation petition and report(s)

( )    the defendant's nonobjection to detention at this time

( )    other: _____

1

and/ or

B. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(X)    information in the Pretrial Services Report and Recommendation

(X)    information in the violation petition and report(s)

( )    the defendant's nonobjection to detention at this time

( )    other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 11, 2026          _____
                                          SHERI PYM
                                United States Magistrate Judge

2