CC:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>AARON JAMES ROBLES<br><br>             Defendant. | Case No. EDCR 13-00093-DTB<br><br>**AMENDED** JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF CONDITIONAL RELEASE |
| --- | --- |

On March 19, 2026, the matter came on for a revocation hearing on the Petition for Revocation of Conditional Release, filed on March 9, 2026. Deputy Federal Public Defender Young Kim appeared on behalf of the Defendant. Assistant United States Attorney Peter Dahlquist appeared for the Government. United States Probation and Pretrial Services ("P.O.") Officer Jovany Rodriguez Hernandez was also present.

Following the presentation of evidence and testimony, and after hearing oral argument from both counsel, the Court found Defendant to be in violation of the terms and conditions of his Conditional Release as alleged in allegation numbers One through Three.

Following additional argument from both counsel and the P.O., the Court found no reason why sentence should not be pronounced.

IT IS THEREFORE THE JUDGMENT OF THE COURT, that:

1. Pursuant to 18 U.S.C. §§ 4243(f) & (g), the conditional release of Defendant, ordered on December 5, 2019, is revoked.

2. Defendant is remanded to the custody of the Attorney General of the United States or his representative for placement in a suitable facility pursuant to 18 U.S.C. § 4243(e); and

3. Pursuant to 18 U.S.C. § 4243(f), the director of the facility in which Defendant is placed shall forthwith notify the clerk of this court when Defendant has recovered from his mental disease or defect to such an extent that his release, or conditional release under a prescribed medical regimen, would no longer create a substantial risk of bodily injury or serious damage to the property of another.

Defendant was informed of his right to appeal.

DATED:  March 24, 2026

HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

CLERK, U.S. DISTRICT COURT

By: _____
Rebecca Camacho
Courtroom Deputy Clerk

2